ROLAND L. BENNETT SBN 224123
Attorney at Law
LAW OFFICES OF ROLAND L. BENNETT
406 Solano Street
Corning, CA 96021
(530) 824-1505

Attorney for Defendant
Ricardo Valencia Diaz

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     vs.<br><br>RICARDO VALENCIA DIAZ;<br><br>             Defendants. | CR No.: 2:07-CR-0088-FCD<br><br>STIPULATION AND ORDER CONTINUING THE DATE FOR SENTENCING FROM SEPTEMBER 15, 2008 TO OCTOBER 6, 2008 |

    The defendant, Ricardo Valencia Diaz, by and through his attorney, Roland L. Bennett, and the United States, by and though its attorney, Philip Ferrari, hereby stipulate that the Judgment and Sentencing currently set for September 15, 2008 shall be continued to October 6, 2008, at 10:00 a.m.

Dated: September 12, 2008

Respectfully Submitted
_____/S/_____
ROLAND L. BENNETT
Attorney for Ricardo Valencia Diaz

Dated: September 12, 2008           _____/S/_____
PHILIP FERRARI
Attorney for the United States

IT IS SO ORDERED:

DATED:    September 12, 2008

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE