IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Respondent,<br><br>　　v.<br><br>RICARDO VALENCIA DIAZ,<br><br>　　　　　　　　Movant. | CASE NO.  CR S 07-0088 KJM DAD P<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME |

　　　　Respondent has filed a second request for an extension of time to file a response to movant's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255.  Good cause having been shown, IT IS HEREBY ORDERED that:

　　　　1.  Respondent's motion for an extension of time (Doc. No. 366) is granted.  Respondent shall file and serve a response to movant's § 2255 motion on or before July 20, 2014;

　　　　2.  If respondent files and serves an opposition to the § 2255 motion, movant's reply to the opposition shall be filed and served within 30 days after the opposition is served; and

/////

/////

/////

/////

/////

3.  If respondent files and serves a procedural motion, movant's opposition shall be filed and served within thirty days after the countermotion is served, and respondent's reply shall be filed and served within thirty days after the opposition is served.

Dated:  June 11, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/diaz0088.eot(2)