UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Respondent,<br><br>v.<br><br>RICARDO VALENCIA DIAZ,<br><br>Movant. | No. 2:07-cr-0088 KJM DAD P<br><br><br><br>ORDER |

Movant, a federal prisoner proceeding through counsel, has requested that this action be dismissed. Pursuant to Fed. R. Civ. P. 41(a), movant's request shall be honored.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice, and the Clerk of the Court is directed to close the companion Civil Case No. 2:14-cv-0018 KJM DAD.

Dated: August 28, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
diaz0088.259

1