HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
RICARDO VALENCIA DIAZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>RICARDO VALENCIA DIAZ,<br><br>                Defendant. | Case No.  2:07-cr-088 KJM<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable KIMBERLY J. MUELLER |

       Defendant, RICARDO VALENCIA DIAZ, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

       1.     Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

       2.     On October 6, 2008, this Court sentenced Mr. Diaz to a total term of 295 months imprisonment, comprised of 235 months on Counts 1 and 2 (violations of 21 U.S.C. §§ 846 and 841(a)(1)) and 60 months on Count 4 (a violation of 18 U.S.C. § 924(c)), to be served consecutively;

3. His total offense level was 38, his criminal history category was I, and the resulting guideline range was 235 to 293 months;

4. The sentencing range applicable to Mr. Diaz was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Diaz's total offense level has been reduced from 38 to 36, and his amended guideline range is 188 to 235 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Diaz's term of imprisonment to a total term of 248 months, comprised of 188 months on Counts 1 and 2 and 60 months on Count 4, to be served consecutively.

Respectfully submitted,

Dated:  January 29, 2016

BENJAMIN B. WAGNER
United States Attorney

 */s/ Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated:   January 29, 2016

HEATHER E. WILLIAMS
Federal Defender

 /s/ *Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
RICARDO VALENCIA DIAZ

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Diaz is entitled to the benefit Amendment 782, which reduces the total offense level from 38 to 36, resulting in an amended guideline range of 188 to 235 months.

IT IS HEREBY ORDERED that the term of imprisonment imposed in October 2008 be reduced to a total term of 248 months, comprised of 188 months on Counts 1 and 2 and 60 months on Count 4, to be served consecutively.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Diaz shall report to the United States Probation Office within seventy-two hours after his release.

Dated: February 2, 2016

_____
UNITED STATES DISTRICT JUDGE